UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                           |   |                              |
|---------------------------|---|------------------------------|
| ANDREGENE PIERRE,         | ) |                              |
| Plaintiff,                | ) |                              |
| v.                        | ) | Civil Action No. 11-10710-LTS |
| LEGAL SEA FOODS, INC.,    | ) |                              |
| Defendant.                | ) |                              |

ORDER AND MEMORANDUM ON
DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY

October 6, 2010

SOROKIN, M.J.

The defendant filed a motion to compel (Docket #16). Plaintiff filed a response with the Court the next day. At the Scheduling Conference held on October 5, 2011, the pro se Plaintiff indicated that this document was his response to the defendant's motion. After review of the papers, the motion is ALLOWED IN PART AND DENIED IN PART. The Court hereby Orders the Plaintiff to produce to counsel for the defendant revised interrogatory and document responses. By October 19, 2011, Plaintiff shall:

1. Sign under oath both the document requests and the interrogatory answers;

2. Respond to each document request and each interrogatory with an actual answer or proper objection, the assertion that Plaintiff reserves his right to answer later is not in compliance with this Order;

1

3. Responses to document requests cannot merely refer to an interrogatory answer;

4. Provide the signed medical authorizations as requested by the Defendant (without the restriction imposed by the Plaintiff) or the Court will consider a motion requesting an order to compel the medical providers to produce the relevant discoverable records;

5. Provide a complete list of medical providers giving Plaintiff treatment since 1999;

6. Provide the identifying and other requested information regarding the witness John Vincent.

The Defendant's request for an order to mirror-image the Plaintiff's hard drives and other electronic storage devices is DENIED.

SO ORDERED.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE